Pillsbury Winthrop Shaw Pittman LLP
Patrick J. Potter (pro hac vice)
2300 N Street, NW
Washington, DC 20037-1128
Tel: (202) 663-8000
Fax: (202) 663-8007

Counsel to Baker Tilly Beers & Cutler, PLLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **BEARINGPOINT, INC., et al.,** | : | **09-10691 (REG)** |
| Debtors. | : | **(Jointly Administered)** |
------------------------------------------------------------x
| | | |
|---|---|---|
| **JOHN DeGROOTE SERVICES, LLC,** | : | |
| Plaintiff | : | |
| | : | **Adv. Pro. No. 10-03847 (REG)** |
| vs.           Debtors. | : | |
| **BAKER TILLY BEERS & CUTLER, PLLC** | : | |
| Defendant. | : | |
------------------------------------------------------------x

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Baker Tilly Beers & Cutler, PLLC ("Beers & Cutler"), successor by merger to Beers & Cutler PLLC, a private nongovernmental party, through counsel, certifies that it has no stock because it is a

professional limited liability company. Beers & Cutler further certifies that it is 100% directly owned by Baker Tilly Virchow Krause, LLP.

Dated: November 8, 2010         PILLSBURY WINTHROP SHAW PITTMAN, LLP

           By: /s/ Patrick J. Potter
              Patrick J. Potter
              patrick.potter@pillsburylaw.com
              2300 N Street, N.W.
              Washington, D.C. 20037-1128
              Tel: (202) 663-8000
              Fax: (202) 663-8007

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 8, 2010, the foregoing Disclosure Statement was served (i) electronically via CM/ECF on all parties having registered with the Court's ecf program in this case; (ii) by U.S. first-class mail, postage pre-paid, on the party identified below, and (iii) by e-mail to the party identified below.

 Peter S. Goodman
 McKool Smith, P.C.
 One Bryant Park
 47 Floor
 New York, NY 10036
 Email: pgoodman@mckoolsmith.com

              /s/ Dania Slim